# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| DARNELL ROBERTS, | ) | No. CV 07-06251-GPS (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| M. C. KRAMMER, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that Respondent's Motion to Dismiss is granted and Judgment be entered denying and dismissing the Petition with prejudice.

DATED: 7/20/08

GEORGE P. SCHIAVELLI
UNITED STATES DISTRICT JUDGE